UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SENDERRA RX PARTNERS, LLC,
a Texas limited liability company,

    Plaintiff,

v.                                                       Case No. 15-13761

DENAY R. LOFTIN and                         HON. AVERN COHN
ELIZABETH R. NAYLOR,

    Defendants.

_____/

**ORDER**
**GRANTING DEFENDANTS' MOTION TO SET ASIDE DEFAULT(Doc. 27)**
**AND**
**DENYING AS MOOT PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT (Doc. 43)**
**AND**
**DEFERRING PLAINTIFF'S REQUEST FOR CONTEMPT AND SANCTIONS**

    This is an employment dispute.  Before the Court are several motions, as follows:

    Plaintiff's Emergency Motion to Compel Discovery, for Contempt, and for Sanctions (Doc. 18)

    Defendants' Motion to Set Aside Clerk's Entry of Default (Doc. 27).[1]

    Plaintiff's Motion for Default Judgment (Doc. 43).

    On December 14, 2016, the Court held a status conference on the record regarding the motions.

---

    [1] Also before the Court is Plaintiff's Ex Parte Motion for Leave to File Sur-Reply to Defendants' Reply (Doc. 41).  The motion is GRANTED.

For the reasons stated on the record, Defendants' Motion to Set Aside Clerk's Entry of Default is GRANTED.  <u>See also</u> Fed. R. Civ. P. 55(c); <u>Shepard Claims Service, Inc. v. William Darrah & Associates</u>, 796 F.2d 190, 192 (6th Cir. 1984).  Defendants have seven (7) days from the date of this order to submit Answers or otherwise respond to Plaintiff's Verified Complaint.

Plaintiff's Motion for Default Judgment is DENIED AS MOOT.

Regarding Plaintiff's motion to compel, the request for contempt and sanctions is DEFERRED pending the outcome of the case.  The discovery issues which are the subject of the motion to compel continue.

SO ORDERED.

<u>S/Avern Cohn</u>
AVERN COHN
UNITED STATES DISTRICT JUDGE

Dated: December 17, 2015
      Detroit, Michigan