UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SENDERRA RX PARTNERS, LLC,
a Texas limited liability company,

    Plaintiff,

v.                                                        Case No. 15-13761

DENAY R. LOFTIN and                    HON. AVERN COHN
ELIZABETH R. NAYLOR,

    Defendants.

_____/

## MEMORANDUM ACCOMPANYING DECISION

The Court's decision on defendants' motion for judgment on the pleadings has been filed under seal per the Order Sealing Case and Expanding Client Notification (Doc. 26). In light of the nature of the case and the decision in <u>Shane Grp. Inc. v. Blue Cross Blue Shield of Mich.</u>, 825 F.3d 299, 302-05 (6th Cir. 2016), the Court sees no good reason to keep the decision sealed.

Accordingly, the decision will be placed on the public docket in 5 business days unless an objection is filed. If an objection is filed, the opposing party must respond within 3 business days. The decision to keep papers sealed is in the Court's discretion.

                                                          S/Avern Cohn
                                                          AVERN COHN
                                                          UNITED STATES DISTRICT JUDGE

Dated: December 8, 2016
       Detroit, Michigan